IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD H. WALKER and PATRICE A. GEORGE, **Plaintiffs,** v. COUNTRYWIDE HOME LOANS, INC., et al., **Defendants.** | CIVIL ACTION FILE NO. 1:17-CV-3052-MHC |

## ORDER

The matter is before the Court on Magistrate Judge Catherine M. Salinas's Final Report and Recommendation [Doc. 7] ("R&R"), which recommends that Defendants' Motion to Consolidate Actions [Doc. 6] be granted, and that the Clerk consolidate this case with Civil Action No. 1:17-CV-3307-MHC-CMS and administratively close this case. The Order for Service of the R&R [Doc. 8] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order.

No objections have been filed to the report and recommendation.[1] Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1)(C), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation. FED. R. CIV. P. 72(b), advisory committee's note to 1983 amendment. The Court has reviewed the R&R and finds no clear error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 7] as the as the Opinion and Order of the Court.

It is hereby **ORDERED** that Defendants' Motion to Consolidate Actions [Doc. 6] is **GRANTED,** that this case be **CONSOLIDATED** with <u>Richard H. Walker and Patrice A. George v. Countrywide Home Loans, Inc., et al.</u>, Civil Action No. 17-CV-3307-MHC-CMS, and that this case be **ADMINISTRATIVELY CLOSED**.

---

[1] The copy of the R&R mailed to Plaintiffs was returned as "not deliverable as addressed" and "unable to forward." [Docs. 9 & 10.] "The failure . . . of a party appearing *pro se* to keep the clerk's office informed of any change in address and/or telephone number which causes a delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment." LR 41.2B, NDGa.

**IT IS SO ORDERED** this 27th day of November, 2017.

_____
MARK H. COHEN
United States District Judge